IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARIA SUAREZ-TORRES,<br><br>**Plaintiff,**<br><br>v.<br><br>MUNICIPALITY OF SAN JUAN, *et al.*,<br><br>**Defendants.** | **Civil No.** 17-1866 (FAB) |

**FINAL JUDGMENT**

In accordance with the Order dismissing plaintiff's claims against the Municipality of San Juan (docket no. 36), and the partial judgments dismissing plaintiff's claims against the Commonwealth of Puerto Rico (docket no. 19) and against Sandia LLC (docket no. 25), this case is **DISMISSED with prejudice** as to defendant Municipality of San Juan, and **without prejudice** as to the Commonwealth of Puerto Rico and Sandia, LLC.

This case is now closed for statistical purposes.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

San Juan, Puerto Rico, February 12, 2018.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE